

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00372-CV

**BARBARA ANN GUTHRIE,**

**Appellant**

 **v.**

**ROSALIND LAWRENCE,**
**CHARLES DEANTHONY WILLIAMS**
**AND MIKE WHEATON,**

**Appellees**

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. DC-C202300502

## MEMORANDUM OPINION

The original filing fee for this appeal has not been paid.

By letter dated November 29, 2023, the Clerk of this Court notified appellant that

the filing fee was past due and that unless appellant obtained indigent status pursuant to

Texas Rule of Civil Procedure 145 and Texas Rule of Appellate Procedure 20.1, the

payment of the fee was required. In the same letter, the Clerk warned appellant that if

the original filing fee was not paid within 21 days from the date of the letter, the appeal

would be dismissed. More than 21 days have passed, and the filing fee has not been paid.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(c).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Appeal dismissed
Opinion delivered and filed January 11, 2024
[CV06]

